PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00205-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ANGELO FRANK SALAZ, | |
| Defendant. | |

On May 6, 2021, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Angelo Frank Salaz in the following property:

    a. All ammunition seized,

    b. A .40 caliber handgun with a Glock slide.

Beginning on July 29, 2021, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

      a.      Thomas H. Shamel:  A notice letter was sent via certified mail to Thomas H. Shamel at 1557 High Ridge Dr, Stanley, NC 28164 on November 4, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on November 10, 2021.

      b.      Alexis Atfield:  A notice letter was sent via certified mail to Alexis Atfield at 803 Foothill Ct, Los Banos, CA 93635 on November 5, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Alexis Atfield on November 19, 2021.

The Court has been advised that Alexis Atfield and Thomas H. Shamel have not filed a claim to the subject property and the time for them to file a claim has expired.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Angelo Frank Salaz, Alexis Atfield, and Thomas H. Shamel and their interests have been extinguished.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **December 27, 2021**

_____
UNITED STATES DISTRICT JUDGE