HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
ERIC V. KERSTEN, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANGELO FRANK SALAZ

FILED
APR 25 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO FRANK SALAZ,<br><br>Defendant. | Case No. 1:20-cr-00205-NODJ-BAM<br><br>**ORDER FOR RELEASE**<br><br>Hon. Erica P. Grosjean |

This matter came before ethe Honorable Erica P. Grosjean on April 3, 2024 and Angelo Frank Salaz was ordered released on conditions including home detention and Sobrietor or Soberlink monitoring, with release delayed until a monitoring device became available. (Doc. 46.) Such device now being available:

IT IS HEREBY ORDERED that Angelo Frank Salaz (Fresno County Sheriff's Office JID No. 7103778) shall be released immediately from the Fresno County Jail on Thursday, April 25, 2024, at 9:00AM and *or as soon* shall report immediately to the United States Probation Office located *thereafter* on the third floor of the Federal Building located at 2500 Tulare Street, *as possible* Fresno, California.

While on release Mr. Salaz will remain subject to all terms and conditions of his supervised release previously ordered. In addition, Mr. Silva must comply with the following additional conditions:

1. The defendant shall be subject to random alcohol testing/screening, which will include the use of BI Sobrietor or Soberlink, until otherwise directed by the Court. He shall abide by all program requirements and shall pay the costs of alcohol use monitoring based upon his ability to pay and as directed by the probation officer.

2. You will be monitored, until otherwise directed by the Court, with location monitoring technology, which may include the use of Radio Frequency (RF), Global Positioning System (GPS) devices, Voice Recognition or Virtual Monitoring Technology, at the discretion of the probation officer, and comply with its requirements. The location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities in advance as pre-approved by the supervising officer. (home detention) You must follow the rules and regulations of the location monitoring program. Your co-payment will be determined utilizing a Sliding Fee Scale based on your disposable income.

IT IS SO ORDERED.

Dated: April 25, 2024

ERICA P. GROSJEAN
United States Magistrate Judge