| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LISA N. LUMEYA DC BN # 90017392 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ANGELO F. SALAZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:20-cr-00205-TLN-BAM |
| Plaintiff, | | STIPULATION TO VACATE AND WAIVE PRELIMINARY HEARING AND SET A STATUS CONFERENCE; AND ORDER |
| v. | | |
| ANGELO FRANK SALAZ, | | Date:   August 29, 2025 |
| Defendant. | | Time:   2:00 p.m. |
| | | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Lisa N. Lumeya, counsel for Angelo F. Salaz, that the preliminary hearing currently scheduled for August 29, 2025, at 2:00 p.m. be vacated, and that the matter be set for a status conference on September 12, 2025, at 2:00 p.m. before the duty Magistrate Judge.

On August 15, 2025, the parties set this supervised release violation matter for a preliminary hearing on August 29, 2025, at 2:00 p.m.  Mr. Salaz, by and through this stipulation, however, hereby agrees to waive his right to a preliminary hearing on the supervised release petition allegations and agrees that the preliminary hearing currently scheduled may be vacated. In order to provide counsel for Mr. Salaz additional time to investigate the instant matter, to continue discussing the matter with Mr. Salaz, and to provide time for the parties to engage in further resolution discussions, the parties are in agreement to continue this matter to September

12, 2025, at 2:00 p.m. for a status conference.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is mutually agreeable for the parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 27, 2025

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2025

*/s/ Lisa Ndembu Lumeya*
Lisa N. Lumeya
Assistant Federal Defender
Attorney for Defendant
ANGELO FRANK SALAZ

## ORDER

IT IS SO ORDERED that the preliminary hearing previously scheduled for August 29, 2025, at 2:00 p.m. is vacated. A status conference is hereby scheduled for **September 12, 2025, at 2:00 p.m. before Magistrate Judge Stanley A. Boon**e.

IT IS SO ORDERED.

Dated:   **August 27, 2025**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

Salaz – Stipulation
and Order

2